AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ALI SHAHROKI

              Plaintiff,

v.

JAMES W. HARDESTY,

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-02251-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant against Plaintiff.

8/19/22  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk